UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         )<br>                                                              )<br>                   **Plaintiff,**                       )<br>                                                              )<br>         vs.                                              )<br>                                                              )<br>One Smith & Wesson, Model 500, 50 caliber handgun, )<br>Serial Number CJB3481, seized from Thomas Sanford; )<br>                                                              )<br>One Smith & Wesson, Model 29-3, 44 caliber handgun, )<br>Serial Number AHP4396; seized from Thomas Sanford; )<br>                                                              )<br>120 50 caliber Hornaday Ammunition, seized from  )<br>Thomas Sanford;                                  )<br>                                                              )<br>76 Assorted American Eagle 357 caliber Ammunition, )<br>seized from Thomas Sanford;                 )<br>                                                              )<br>48 American Eagle 44 caliber Ammunition, seized from )<br>Thomas Sanford;                                  )<br>                                                              )<br>One Colt, Model M1911A1, 45 caliber handgun, Serial )<br>Number 2253645, seized from Thomas Sanford; )<br>                                                              )<br>One Colt, Model M1911A1, 45 caliber handgun, Serial )<br>Number 775794, seized from Thomas Sanford; )<br>                                                              )<br>One Colt, Model 1911, 45 caliber handgun, Serial )<br>Number 8006, seized from Thomas Sanford; )<br>                                                              )<br>One Waffenbrik-Stendawerka, Mauser handgun, Serial )<br>Number 26816, seized from Thomas Sanford; )<br>                                                              )<br>One Luger, Model S42, 9 caliber handgun, Serial )<br>Number                                               )<br>8017, seized from Thomas Sanford        )<br>                                                              )<br>One Luger, Model S42, 9 caliber handgun, Serial )<br>Number 7730, seized from Thomas Sanford; )<br>                                                              )<br>One Walther, Model P38, 9 caliber handgun, Serial )<br>Number 6174J, seized from Thomas Sanford; ) | **Civil No. 08-510-JM** |

| | |
|---|---|
| One Iver Johnson, Safety Hammer, 38 caliber handgun, Serial Number 128475, seized from Thomas Sanford; | ) ) ) ) |
| One Winchester, Model 70, 270 caliber rifle, Serial Number 237506, seized from Thomas Sanford; | ) ) ) ) |
| One Savage, Model 23/4" Auto Loader, 12 caliber shotgun, Serial Number 131176, seized from Thomas Sanford; | ) ) ) ) ) |
| One Mossberg, Model S130, 22 caliber rifle, Serial Number Unknown, seized from Thomas Sanford; | ) ) ) ) |
| One Mossberg, Model 22SLLR, 22 caliber rifle, Serial Number 42B, seized from Thomas Sanford; | ) ) ) ) |
| One Winchester, Model 62, 22 caliber rifle, Serial Number 1228, seized from Thomas Sanford; | ) ) ) ) |
| One Springfield Armory, Geneseo, IL, Model M1, 30 caliber rifle, Serial Number 3342708, seized from Thomas Sanford; | ) ) ) ) ) |
| One Springfield Armory, Geneseo, IL, Model 1903 Mark I, 30 caliber rifle, Serial Number 1140777, seized from Thomas Sanford; | ) ) ) ) ) |
| One Winchester, Model 1917, 30 caliber rifle, Serial Number 535027, seized from Thomas Sanford; | ) ) ) ) |
| One Eddy MFG Co., Model 1917, 30 caliber rifle, Serial Number 334260, seized from Thomas Sanford | ) ) ) ) |
| One Enfield, Model 4MK1, 303 caliber rifle, Serial Number D35828, seized from Thomas Sanford; | ) ) ) ) |
| One Germany, Model MP40, 9 caliber rifle, Serial Number obliterated, seized from Thomas Sanford; | ) ) ) ) |
| One Mauser, Model 98, 30 caliber rifle, Serial Number 9484, seized from Thomas Sanford; | ) ) ) ) |

| | |
|---|---|
| **Unknown Manufacturer, Tesco 12 caliber handgun, Serial Number 1534, seized from Thomas Sanford;** | ) )  ) |
| **Unknown Manufacturer, Model 1936, 30-30 caliber rifle, Serial Number 42253, seized from Thomas Sanford;** | ) ) ) )  ) |
| **One Webley-Webley and Scott, Mark VI, 455 caliber handgun, Serial Number 332992, seized from Thomas Sanford;** | ) ) ) )  ) |
| **One Russian, Model 1940, 762 caliber handgun, Serial Number 189500776, seized from Thomas Sanford;** | ) ) )  ) |
| **One Smith & Wesson, Special CTG, 38 caliber handgun, Serial Number 415681, seized from Thomas Sanford;** | ) ) ) )  ) |
| **One Colt, Frontier Scout, 22 caliber handgun, Serial Number 4160G, seized from Thomas Sanford;** | ) ) )  ) |
|                   **Defendants-in-rem.** | ) ) |

## **FINAL ORDER OF FORFEITURE**

1. This action in rem was brought on December 17, 2008.

2. On March 25, 2009, Thomas Sanford, was sent direct notice of this forfeiture action by certified mail, return receipt requested, with the Verified Complaint for Forfeiture in Rem, Notice of Forfeiture Complaint, Summons and Warrant of Arrest in Rem, Notice of Assignment to Magistrate Judge and ECF Notice.

3. Pursuant to Rule G(4)(a)(i)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims, notice of this proceeding was not published because the value of each of the above-named defendants-in-rem is less than $1,000 and direct notice was sent to all reasonably

identified potential claimants known to the United States.

4. No claimant has come forward to claim the defendants-in-rem: (1) One Smith & Wesson, Model 500, 50 caliber handgun, Serial Number CJB3481, seized from Thomas Sanford; (2) One Smith & Wesson, Model 29-3, 44 caliber handgun, Serial Number AHP4396; seized from Thomas Sanford; (3) 120 50 caliber Hornaday Ammunition, seized from Thomas Sanford; (4) 76 Assorted American Eagle 357 caliber Ammunition, seized from Thomas Sanford; (5) 48 American Eagle 44 caliber Ammunition, seized from Thomas Sanford; (6) One Colt, Model M1911A1, 45 caliber handgun, Serial Number 2253645, seized from Thomas Sanford; (7) One Colt, Model M1911A1, 45 caliber handgun, Serial Number 775794, seized from Thomas Sanford; (8) One Colt, Model 1911, 45 caliber handgun, Serial Number 8006, seized from Thomas Sanford; (9) One Waffenbrik-Stendawerka, Mauser handgun, Serial Number 26816, seized from Thomas Sanford; (10) One Luger, Model S42, 9 caliber handgun, Serial Number 8017, seized from Thomas Sanford; (11) One Luger, Model S42, 9 caliber handgun, Serial Number 7730, seized from Thomas Sanford; (12) One Walther, Model P38, 9 caliber handgun, Serial Number 6174J, seized from Thomas Sanford; (13) One Iver Johnson, Safety Hammer, 38 caliber handgun, Serial Number 128475, seized from Thomas Sanford; (14) One Winchester, Model 70, 270 caliber rifle, Serial Number 237506, seized from Thomas Sanford; (15) One Savage, Model 23/4" Auto Loader, 12 caliber shotgun, Serial Number 131176, seized from Thomas Sanford; (16) One Mossberg, Model S130, 22 caliber rifle, Serial Number Unknown, seized from Thomas Sanford; (17) One Mossberg, Model 22SLLR, 22 caliber rifle, Serial Number 42B, seized from Thomas Sanford; (18) One Winchester, Model 62, 22 caliber rifle, Serial Number 1228, seized from Thomas Sanford; (19) One Springfield Armory, Geneseo, IL,

4

Model M1, 30 caliber rifle, Serial Number 3342708, seized from Thomas Sanford; (20) One Springfield Armory, Geneseo, IL, Model 1903 Mark I, 30 caliber rifle, Serial Number 1140777, seized from Thomas Sanford; (21) One Winchester, Model 1917, 30 caliber rifle, Serial Number 535027, seized from Thomas Sanford; (22) One Eddy MFG Co., Model 1917, 30 caliber rifle, Serial Number 334260, seized from Thomas Sanford; (23) One Enfield, Model 4MK1, 303 caliber rifle, Serial Number D35828, seized from Thomas Sanford; (24) One Germany, Model MP40, 9 caliber rifle, Serial Number obliterated, seized from Thomas Sanford; (25) One Mauser, Model 98, 30 caliber rifle, Serial Number 9484, seized from Thomas Sanford; (26) Unknown Manufacturer, Tesco 12 caliber handgun, Serial Number 1534, seized from Thomas Sanford; (27) Unknown Manufacturer, Model 1936, 30-30 caliber rifle, Serial Number 42253, seized from Thomas Sanford; (28) One Webley-Webley and Scott, Mark VI, 455 caliber handgun, Serial Number 332992, seized from Thomas Sanford; (29) One Russian, Model 1940, 762 caliber handgun, Serial Number 189500776, seized from Thomas Sanford; (30) One Smith & Wesson, Special CTG, 38 caliber handgun, Serial Number 415681, seized from Thomas Sanford; and, (31) One Colt, Frontier Scout, 22 caliber handgun, Serial Number 4160G, seized from Thomas Sanford. The deadline for filing all claims has lapsed.

5. No parties have filed timely claims with regard to those defendants-in-rem, listed in Paragraph 4 of this Order.

6. The United States has established in the Verified Complaint for Forfeiture In Rem probable cause to believe that the defendants-in-rem were firearms involved in a violation of 18 U.S.C. § 922(g)(1), which prohibits possession, including constructive possession, of a firearm by a person who has been convicted in any court of a crime punishable by imprisonment for a

term exceeding one year, and are therefore forfeitable pursuant to 18 U.S.C. § 924(d)(1).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A. That all right, title and interest to the defendants-in-rem, listed in Paragraph 4 of this Order, are hereby condemned, forfeited and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1), free from the claims of any other party.

B. That the defendants-in-rem, as listed in paragraph 4 above, shall be disposed of by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives in accordance with the applicable law and regulations, from which amount the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives shall deduct its costs related to this proceeding. The proceeds, less any costs to the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, shall be forfeited to the United States, pursuant to 18 U.S.C. § 924(d)(1), free from the claims of any other party, and the proceeds shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, U.S.C. § 881(e).

The Clerk is hereby directed to send thirty-one certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Seth R. Aframe.

Dated: May 8, 2009          /s/James R. Muirhead
                            UNITED STATES MAGISTRATE JUDGE

6